UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINO DE LUCA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRANCISCO MORENO,<br><br>　　　　　Defendant. | 1:16-cv-01887-EPG (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br>(ECF NO. 2) |

Plaintiff is a civil detainee proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On December 19, 2016, Plaintiff filed an application to proceed in forma pauperis. (ECF No. 2). Examination of the application reveals that plaintiff is unable to afford the costs of this action. Accordingly, it is ORDERED that the application to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

　　Dated:  **December 21, 2016**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1