UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINO DE LUCA,<br><br>    Plaintiff,<br><br>  v.<br><br>FRANCISCO MORENO,<br><br>    Defendant. | 1:16-cv-01887-DAD-EPG (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE A NOTICE OF CHANGE OF ADDRESS |

    Dino De Luca ("Plaintiff") is a person detained by the State of California under civil process. He is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On three occasions, Plaintiff's mail has been returned as undeliverable, indicating that Plaintiff is no longer at the address listed with the Court.

    Plaintiff is reminded that it is Plaintiff's obligation to keep the address with the Court current.

    Accordingly, IT IS ORDERED THAT:

    1. Plaintiff shall file a notice of change of address by June 14, 2017; and

    2. The Clerk of Court is directed to send a copy of this order to: Dino De Luca, P.O. Box 872, Fresno, CA 93712.

IT IS SO ORDERED.

Dated:   **May 23, 2017**           /s/ Erica P. Grosjean
                                                      UNITED STATES MAGISTRATE JUDGE